IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSH DAWSON, individually and**
**on behalf of all others similarly situated**                        **PLAINTIFF**

v.                  **CASE NO. 3:21-CV-00220 LPR**

**D&H CONTRACTING, INC.**                                         **DEFENDANT**

## ORDER

Pending before the Court is a Joint Motion for Magistrate Settlement Conference (Doc. 10). The motion is *granted*.

Therefore, the matter of a settlement conference in this case is hereby referred to Magistrate Judge Edie R. Ervin for further proceedings. The trial in this matter is currently scheduled for May 16, 2023.

IT IS SO ORDERED this 3rd day of May 2022.

                                                     _____
                                                     LEE P. RUDOFSKY
                                                     UNITED STATES DISTRICT JUDGE