# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOSH DAWSON, Individually and on**  **PLAINTIFF**
**Behalf of All Others Similarly Situated**

v.  No. 3:21-cv-00220-LPR

**D&H CONTRACTING, INC.**  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED with prejudice. The Court will retain jurisdiction to enforce the now-judicially-approved settlement agreement.

IT IS SO ADJUDGED this 19th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE